IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:03cr31

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | DISMISSAL OF ORDER |
| ) | OF GARNISHMENT |
| ) | |
| HERBERT LAMONT BROWN. ) | |
| ) | |
| ) | |
| ASSOCIATE PACKAGING ) | |
| ENTERPRISES, INC. c/o ) | |
| Primepay, ) | |
| Garnishee. ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Motion for Dismissal of Writ of Garnishment [Doc. 44].

The Court finds for the reasons stated in the motion that it should be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion for Dismissal of Writ of Garnishment [Doc. 44] is hereby **GRANTED** and the Continuing Writ of Garnishment [Doc. 40] entered on August 10, 2010 is hereby **DISMISSED**.

Signed: October 18, 2010

Martin Reidinger
United States District Judge