IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:03-CR-31-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>HERBERT LAMONT BROWN,<br>　　　　　　　　Defendant,<br><br>and<br><br>BLUE RIDGE PAPER PRODUCTS, LLC,<br>　　　　　　　　Garnishee. | ORDER |

For the reasons stated therein and for good cause shown, the Government's Motion for Dismissal of Order of Continuing Garnishment (Doc. 67) is **GRANTED**, and the Order of Continuing Garnishment (Doc. 66) is **TERMINATED**.

Signed: August 9, 2023

W. Carleton Metcalf
United States Magistrate Judge