IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:03-CR-31-MR-WCM

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| HERBERT LAMONT BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Government's Application for Writ of Execution. Doc. 64. The Government has also submitted a proposed writ.

The Government's proposed writ would not only direct the United States Marshal to levy on the subject property, but also would affirmatively command the holder of the property to turn over the property "in a timely manner and no later than ninety (90) days after the date of the issuance of [the writ]". No authorities, though, have been provided to support such a request. See 28 U.S.C. § 3203(c)(2)(B)(i)("Except as provided in clauses (ii) and (iii), the writ shall direct the United States marshal to satisfy the judgment by levying on and selling property in which the judgment debtor has a substantial nonexempt interest . . . .").

1

Further, while the proposed writ includes some of the information required by 28 U.S.C. §3203(c)(2), it does not include reference to other items.

The Application is therefore **DENIED WITHOUT PREJUDICE**. The Government may submit a renewed application and proposed writ that address the issues described above.

It is so ordered.

Signed: August 18, 2023

W. Carleton Metcalf
United States Magistrate Judge